WY Natrona County District Court
7th JD
Apr 04 2025 04:23PM
2024-CV-0114404
76008191
FILED

DISTRICT COURT OF THE STATE OF WYOMING
NATRONA COUNTY

This order has been: Issued

Judge Joshua Eames

IN THE DISTRICT COURT OF THE STATE OF WYOMING
SEVENTH JUDICIAL DISTRICT, COUNTY OF NATRONA

BLISS CREEK FUND 1, LLC,

Plaintiff,

v.

GCZ GLOBAL LLC; and JONATHAN L. ADAM,

Defendants.

Case No. 2024-CV-0114404

**ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

THIS MATTER having come before the Court on the motion of Plaintiff Bliss Creek Fund I, LLC ("Plaintiff")'s Motion for Default Judgment under Rule 55 of the Wyoming Rules of Civil Procedure, against Defendants GCZ Global LLC ("GCZ") and Jonathan L. Adam ("Adam") (collectively "Defendants"); and the Court having considered the submissions and arguments of counsel; and it appearing that on September 19, 2024, Plaintiff filed a Complaint against Defendants stating causes of action for fraud, negligence, breach of contract, and breach of the implied duty of good faith and fair dealing; and it is further appearing that Defendant Adam was served on December 4, 2024 and Defendant GCZ was served with process on December 5, 2024; and that Defendant Adam's response to the Complaint was due on January 3, 2025 and Defendant GCZ's response to the Complaint was due on January 6, 2025 and; and it further appearing that on January 28, 2025, Plaintiff filed requests to enter Defendants' defaults; and it further appearing that on January 28, 2025, the court entered Defendants' defaults on the docket; and it further

appearing that on March 31, 2025, Plaintiff filed a motion for entry of judgment by default and served a copy of its motion papers on Defendants via U.S. Mail at the same addresses Defendants were served with process at; and it further appearing that Plaintiff's motion seeks default judgment on counts I, III, and IV of the Complaint; and it further appearing that those Counts state viable causes of action and that default judgment is proper; and it further appearing that Plaintiff is entitled to a default judgment against Defendants, jointly and severally, in the total amount of $141,063,243.99, representing $47,021,081.33 in unpaid principal and accrued earnings and $94,042,162.66 in punitive damages; and it further appearing that Defendant is not an infant, incompetent person, nor in the military service of the United States; and it further appearing that there is no just reason for delay of entry of final judgment against Defendants and for good cause shown;

IT IS on this _____ day of __________________, 2025,

1. ORDERED and ADJUDGED that the foregoing motion be, and hereby is, GRANTED; and it is further

2. ORDERED AND ADJUDGED that Final Judgment be, and hereby is, ENTERED in favor of Plaintiffs against Defendants on counts I (fraud), III (breach of contract), and IV (breach of the implied duty of good faith and fair dealing) of the Complaint in the amount of **$141,063,243.99**, representing the combined principal and delinquent earnings of $47,021,081.33, and punitive damages of $94,042,162.66, plus interest at 7% per annum until Plaintiff's judgment is paid.

______________________________

Hon. Joshua Eames

This document constitutes a ruling of the court and should be treated as such.

**/s/ Judge Joshua Eames**