FILED IN
BUSINESS COURT OF TEXAS
BEVERLY CRUMLEY, CLERK
ENTERED
4/21/2026

**The Business Court of Texas,
Third Division**

| | | |
|---|---|---|
| BLISS CREEK FUND 1, LLC, *Plaintiff,* | § | |
| v. | § | Cause No. 26-BC11A-0019 |
| GCZ GLOBAL, LLC, and JONATHAN ADAM *Defendants.* | § | |

**ORDER DENYING PLAINTIFF'S MOTION TO VACATE DOMESTICATED FOREIGN JUDGMENT**

Before the Court is Defendant Jonathan Adam's Motion to Vacate Domesticated Foreign Judgment (the "Motion") heard by the Court on April 17, 2026.

On February 6, 2026, Plaintiff filed a Notice of Filing of Foreign Judgment under the Uniform Enforcement of Foreign Judgments Act ("UEFJA"). Attached to the notice was an Order Granting Plaintiff's Motion for Default Judgment entered against him and GCZ Global LLC, Adam's single member limited liability

corporation, issued by the Natrona County District Court of Wyoming on April 4, 2025. Defendant's Motion seeks to vacate the Wyoming default judgment. Defendant claims the Wyoming Court lacked personal jurisdiction against him individually and asserts the default judgment was obtained through extrinsic fraud.

The Court has reviewed the motion, response, reply and supporting evidence filed in this case and has considered the arguments of counsel.[1] Article IV, Section 1 of the United States Constitution requires each state to give full faith and credit to the public acts, records, and judicial proceedings of every other state.[2] The full faith and credit clause provides that a properly proven foreign judgment must be recognized and given effect coextensive with that to which it is entitled in the rendering state.[3] When a judgment creditor files an authenticated copy of a foreign judgment, a prima facie case for enforcement of the judgment is presented, including when the foreign judgment is by default.[4] The judgment debtor then has the burden to prove why the sister state's judgment should not be given full faith and credit.[5]

---

[1] Among other materials, the Court reviewed Plaintiff's Motion for Default Judgment and attachments to the motion which included affidavits by SEC Senior Accountant, Krysta M. Canon, dated, August 25, 2024,and attached exhibits, an affidavit authored by William Towler dated April 1, 2025, and multiple agreements between GCZ Global LLC and Bliss Creek Fund 1, LLC.

[2] U.S. Const. art. IV, § 1; *Bard v. Charles R. Myers Ins. Agency, Inc.*, 839 S.W.2d 791, 794 (Tex. 1992).

[3] *Id.*

[4] *Cash Register Sales & Serv. of Houston, Inc. v. Copelco Capital, Inc.*, 62 S.W.3d 278 (Tex. App.—Houston [1st Dist.] 2001, no pet.); *See* U.S. Const. art. IV, § 1.

[5] *Cash Register Sales*, 62 S.W.3d at 280–81.

A challenging party may overcome that presumption through clear and convincing evidence to the contrary.[6]

The Court finds Defendant Adam did not overcome that presumption through clear and convincing evidence and declines to vacate the judgment of the Natrona County District Court of Wyoming. Accordingly, Defendants' Motion to Vacate is **DENIED**.

PATRICK K. SWEETEN
Judge of the Texas Business Court
Third Division

DATED: April 21, 2026

[6] *Id.* at 281; *Escalona v. Combs*, 712 S.W.2d 822, 824 (Tex. App—Houston [1st Dist.] 1986, no writ).

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 113943310
Filing Code Description: No Fee Documents
Filing Description: Order Denying Plaintiff's Motion to Vacate Domesticated Foreign Judgment
Status as of 4/22/2026 8:48 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Natasha Breaux | | natasha.breaux@haynesboone.com | 4/21/2026 9:55:44 PM | SENT |
| Rachel HBartenfeld | | rachel.bartenfeld@haynesboone.com | 4/21/2026 9:55:44 PM | SENT |
| Victor Vital | | victor.vital@haynesboone.com | 4/21/2026 9:55:44 PM | SENT |
| Elizabeth Wirmani | | elizabeth.wirmani@haynesboone.com | 4/21/2026 9:55:44 PM | SENT |
| Mishan Kara | | mishan.kara@haynesboone.com | 4/21/2026 9:55:44 PM | SENT |
| Adam Zentner | | adam@zentnerlaw.com | 4/21/2026 9:55:44 PM | SENT |
| Bradley Beskin | | bbeskin@whittenburragelaw.com | 4/21/2026 9:55:44 PM | SENT |
| Leslie Katz | | Katz@practus.com | 4/21/2026 9:55:44 PM | SENT |
| Business Court Division 3B | | BCDivision3B@txcourts.gov | 4/21/2026 9:55:44 PM | SENT |
| Leslie Katz | | Leslie.Katz@practus.com | 4/21/2026 9:55:44 PM | SENT |