E-filed in the Office of the Clerk
for the Business Court of Texas
5/7/2026 9:49 AM
Accepted by: Alexis Jennings
Case Number: 26-BC11A-0019

**THE BUSINESS COURT OF TEXAS,**
**11th DIVISION**

| | | |
|---|---|---|
| **BLISS CREEK FUND 1, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Cause No. 26-BC11A-0019** |
| | § | |
| **GCZ GLOBAL LLC and JONATHAN ADAM,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

# DEFENDANT JONATHAN ADAM'S NOTICE OF APPEAL

Defendant Jonathan Adam files this Notice of Appeal to the Fifteenth Court of Appeals and states his desire to appeal from the order entered in the above-captioned matter on April 21, 2026, denying Adam's Motion to Vacate Domesticated Foreign Judgment, as well as any express or implied rulings subsumed therein.

This appeal does not involve a matter listed in Texas Rule of Appellate Procedure 25.1(d)(9).

Respectfully submitted,

*/s/ Victor Vital*

Victor Vital
State Bar No. 00794798
victor.vital@haynesboone.com
Elizabeth Wirmani
State Bar No. 24052268
elizabeth.wirmani@haynesboone.com
Haynes and Boone, LLP
2801 N. Harwood Street, Suite 2300
Dallas, Texas 75201
Telephone: (214) 651-5000
Telecopier: (214) 651-5940

Natasha Breaux
State Bar No. 24073688
Natasha.breaux@haynesboone.com
Haynes and Boone, LLP
1221 McKinney Street, Suite 4000
Houston, Texas 77010
Telephone: (713) 547-2154
Telecopier: (713) 236-5680

**ATTORNEYS FOR DEFENDANT JONATHAN ADAM**

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing document was served on all counsel of record and the court reporter responsible for preparing the reporter's record in accordance with the Texas Rules of Civil Procedure on May 7, 2026.

*/s/ Natasha Breaux*
Natasha Breaux

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Rachel Bartenfeld on behalf of Victor Vital
Bar No. 794798
rachel.bartenfeld@haynesboone.com
Envelope ID: 114590852
Filing Code Description: Notice of Appeal
Filing Description: Notice of Appeal
Status as of 5/7/2026 10:11 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Natasha Breaux | | natasha.breaux@haynesboone.com | 5/7/2026 9:49:18 AM | SENT |
| Victor Vital | | victor.vital@haynesboone.com | 5/7/2026 9:49:18 AM | SENT |
| Elizabeth Wirmani | | elizabeth.wirmani@haynesboone.com | 5/7/2026 9:49:18 AM | SENT |
| Adam Zentner | | adam@zentnerlaw.com | 5/7/2026 9:49:18 AM | SENT |
| Bradley Beskin | | bbeskin@whittenburragelaw.com | 5/7/2026 9:49:18 AM | SENT |
| Business Court Division 3B | | BCDivision3B@txcourts.gov | 5/7/2026 9:49:18 AM | SENT |

Associated Case Party: Jonathan  Adam

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Rachel HBartenfeld | | rachel.bartenfeld@haynesboone.com | 5/7/2026 9:49:18 AM | SENT |
| Mishan Kara | | mishan.kara@haynesboone.com | 5/7/2026 9:49:18 AM | SENT |

Associated Case Party: GCZ GLOBAL LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Leslie Katz | | Katz@practus.com | 5/7/2026 9:49:18 AM | SENT |
| Leslie Katz | | Leslie.Katz@practus.com | 5/7/2026 9:49:18 AM | SENT |