UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Jonathan L. Adam and GCZ Global, LLC
Plaintiff

v.

4:26-CV-5240
Civil Action No.

Securities and Exchange Commission, et al.
Defendant

**CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT**

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiffs Jonathan L. Adam ("Adam") and GCZ Global, LLC ("GCZ," and collectively "Plaintiffs")

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
***Please separate names with a comma. Only text visible within box will print.***

None.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
***Please separate names with a comma. Only text visible within box will print.***

1. Jon Adam

2. GCZ Global, LLC

3. Securities and Exchange Commission

4. Bliss Creek Fund 1, LLC

| | |
|---|---|
| Date: | July 21, 2026 |
| Signature: | */s/ Victor Vital* |
| Print Name: | Victor Vital |
| Bar Number: | 00794798 |
| Address: | 2801 N. Harwood Street, #2300 |
| City, State, Zip: | Dallas, Texas 75201 |
| Telephone: | 214-651-5000 |
| Fax: | 214-651-5940 |
| E-Mail: | victor.vital@haynesboone.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.