**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **JONATHAN ADAM** *and*<br>**GCZ GLOBAL, LLC**,<br>*Plaintiffs and Judgment Debtors*,<br>v.<br>**UNITED STATES SECURITIES AND EXCHANGE COMMISSION** *and*<br>**BLISS CREEK FUND 1, LLC**,<br>*Defendants*. | CIVIL ACTION NO. 4:26-cv-05240 |

**[Proposed] ORDER GRANTING DEFENDANT BLISS CREEK FUND 1, LLC'S MOTION TO DISMISS**

Before the Court is Defendant Bliss Creek Fund 1, LLC's Motion to Dismiss the Complaint in Interpleader under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). Having considered the Motion, the response and any reply, the pleadings, and the applicable law, the Court **GRANTS** the Motion.

The Court concludes that it lacks subject-matter jurisdiction over this action. The Complaint is **DISMISSED**.

All relief requested in the Complaint, including the request for an order staying enforcement and collection efforts against Plaintiffs' assets, is **DENIED**.

SIGNED at Houston, Texas, this ____ day of ______________, 2026.

______________________________
HON. EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE