# Exhibit
# N

LexisNexis

**1 OF 1 RECORD(S)**

# Notice of Default

## 1. Notice of Default

**Details**

| | |
|---|---|
| **Case Number:** | 24 CIV 3774-MHC |
| **Buyer(s):** | TANNER, ADAM S<br>ADAM, JONATHAN L<br>514-84-XXXX |
| **Site Address:** | 518 BRYAN ST<br>ANGLETON, TX 77515-4836<br>BRAZORIA COUNTY |
| **Deed Type:** | NOTICE OF DEFAULT |
| **Document Type:** | NOTICE OF LIS PENDENS |
| **Recording Date:** | 10/24/2024 |
| **Document Number:** | 2024045934 |
| **Amount of Loan Default:** | $0.00 |
| **Opening Bid:** | 000000000 |
| **Lender Company Name:** | UNITED STATES SECURITIES & EXC |
| **Trustee:** | CHRISTOPHER R THOMSON |
| **Subdivision Name:** | HINOJOSA-ADAM SUBDIVISION |
| **Vendor Source:** | B |

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use: Litigation
Your Secondary DPPA Permissible Use: None
Your GLBA Permissible Use: Persons with a Legal or Beneficial Interest Regarding a Consumer

Copyright© 2026 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

---

End of Document

LexisNexis®

**1 OF 1 RECORD(S)**

# Notice of Default

## 1. Notice of Default

**Details**

| | |
|---|---|
| **Case Number:** | 24 CIV 3774-MHC |
| **Buyer(s):** | TANNER, ADAM S<br>510-92-XXXX<br>ADAM, JONATHAN L<br>514-84-XXXX |
| **Site Address:** | 518 BRYAN ST<br>ANGLETON, TX 77515-4836<br>BRAZORIA COUNTY |
| **Deed Type:** | NOTICE OF DEFAULT |
| **Document Type:** | NOTICE OF LIS PENDENS |
| **Recording Date:** | 10/24/2024 |
| **Document Number:** | 2024045935 |
| **Amount of Loan Default:** | $0.00 |
| **Opening Bid:** | 000000000 |
| **Lender Company Name:** | UNITED STATES SECURITIES & EXC |
| **Trustee:** | CHRISTOPHER R THOMSON |
| **Subdivision Name:** | HINOJOSA-ADAM SUBDIVISION |
| **Vendor Source:** | B |

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use: Litigation
Your Secondary DPPA Permissible Use: None
Your GLBA Permissible Use: Persons with a Legal or Beneficial Interest Regarding a Consumer

Copyright© 2026 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

---

End of Document