**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **JONATHAN L. ADAM and GCZ GLOBAL, LLC,** | § | |
| **Plaintiffs,** | § | **Civil Action No. 4:26-cv-5240** |
| **v.** | § | |
| **SECURITIES AND EXCHANGE COMMISSION and BLISS CREEK FUND 1, LLC** | § | |
| **Defendants.** | § | |

**ORDER**

Before the Court is Defendant Bliss Creek Fund 1, LLC's Motion to Dismiss (Dkt. 12) and Plaintiffs' Response in Opposition thereto. Having considered the Motion, the Response, and the applicable law, the Court finds that the Motion should be DENIED.

It is therefore **ORDERED** that Defendant Bliss Creek Fund 1, LLC's Motion to Dismiss (Dkt. 12) is DENIED in its entirety.

It is further **ORDERED** that this interpleader and declaratory judgment action shall proceed.

SIGNED this ______ day of __________________, 2026.

______________________________________
HON. EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE