***Adam v. SEC*, 4:26-cv-05240 (S.D. Tex.)**

**DEFENDANT BLISS CREEK FUND 1, LLC'S
REPLY IN SUPPORT OF ITS MOTION TO DISMISS**

# EXHIBIT 2

***Bliss Creek v. Adam*, 23-BC11A-0019 (Business Court of Texas, 11th Division)**

**ORDER ADDRESSING HEARING
AUGUST 14, 2026**

FILED IN
BUSINESS COURT OF TEXAS
BEVERLY CRUMLEY, CLERK
ENTERED
8/14/2026

**The Business Court of Texas,**
**Third Division**

| | | |
|---|---|---|
| BLISS CREEK FUND 1, LLC, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Cause No. 26-BC11A-0019 |
| GCZ GLOBAL, LLC, and JONATHAN ADAM | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

## ORDER ADDRESSING HEARING

On August 6, 2026, the Court held a hearing on Plaintiff's July 7, 2026 Rule 4 Letter and Defendant Jonathan Adam's Motion to Set Security at $10,000 Under Rule 24.2(b) in Light of Existing Federal Asset Freeze.

At that hearing, the parties were ordered to conduct a meet-and-confer by August 14, 2026 to discuss the scope and type of discovery that the parties intend to conduct in preparation for the Rule 24.2 proceeding, including the deposition of Mr. Adam. Following that discussion, the parties shall prepare a joint filing that lists each parties' position regarding the discovery the parties intend to conduct pursuant

to Rule 24.2 including the length, date and place for the oral deposition of Mr. Adam. The parties are to include areas of agreement and disagreement in the joint filing. Finally, the filing should include proposed hearing dates for the Rule 24.2 proceeding.

Plaintiff shall provide its draft of the joint filing to Defendant by August 17, 2026 at 12:00 p.m. Defendant shall then supplement Plaintiff's draft of the joint filing with its positions and file the updated joint filing with the Court by August 19, 2026 at 12:00 p.m.

PATRICK K. SWEETEN
Judge of the Texas Business Court
Third Division

DATED: August 14, 2026

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 118666889
Filing Code Description: No Fee Documents
Filing Description: Order Addressing Hearing
Status as of 8/14/2026 4:51 PM CST

Case Contacts

| **Name** | **BarNumber** | **Email** | **TimestampSubmitted** | **Status** |
|---|---|---|---|---|
| Natasha Breaux | | natasha.breaux@haynesboone.com | 8/14/2026 4:42:38 PM | SENT |
| Rachel HBartenfeld | | rachel.bartenfeld@haynesboone.com | 8/14/2026 4:42:38 PM | SENT |
| Victor Vital | | victor.vital@haynesboone.com | 8/14/2026 4:42:38 PM | SENT |
| Elizabeth Wirmani | | elizabeth.wirmani@haynesboone.com | 8/14/2026 4:42:38 PM | SENT |
| Mishan Kara | | mishan.kara@haynesboone.com | 8/14/2026 4:42:38 PM | SENT |
| Adam Zentner | | adam@zentnerlaw.com | 8/14/2026 4:42:38 PM | SENT |
| Bradley Beskin | | bbeskin@whittenburragelaw.com | 8/14/2026 4:42:38 PM | SENT |
| Business Court Division 3B | | BCDivision3B@txcourts.gov | 8/14/2026 4:42:38 PM | SENT |
| Leslie Katz | | Leslie.Katz@practus.com | 8/14/2026 4:42:38 PM | SENT |
| Leslie Katz | | Katz@practus.com | 8/14/2026 4:42:38 PM | ERROR |
| Jessica Sanchez | | jessica.sanchez@haynesboone.com | 8/14/2026 4:42:38 PM | SENT |