**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JONATHAN L. ADAM and GCZ GLOBAL, LLC, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:26-cv-05240 |
| | § | |
| SECURITIES AND EXCHANGE COMMISSION and BLISS CREEK FUND 1, LLC, | § | |
| | § | |
| Defendants. | § | |

**AGREED MOTION TO CONTINUE INITIAL PRETRIAL AND SCHEDULING CONFERENCE AND DEADLINE TO FILE JOINT DISCOVERY/CASE MANAGEMENT PLAN**

Plaintiffs Jonathan L. Adam and GCZ Global, LLC (collectively, "Plaintiffs") file this Agreed Motion to Continue the Initial Pretrial and Scheduling Conference and the deadline to file the Joint Discovery/Case Management Plan, and respectfully show the Court as follows:

1. On July 6, 2026, the Court entered its Order for Conference and Disclosure of Interested Parties (Dkt. 5) (the "Order for Conference"), setting an initial pretrial and scheduling conference before United States District Judge Ewing Werlein, Jr. for Friday, October 30, 2026, at 3:00 p.m. (the "Initial Conference"). The Order for Conference requires counsel, after conferring under Federal Rule of Civil Procedure 26(f), to file a joint discovery/case management plan not less than ten days before the conference, which makes the plan due on or about October 20, 2026.

2. Defendant Securities and Exchange Commission (the "SEC") has not yet responded to Plaintiffs' Complaint. The SEC's response to the Complaint is currently due November 9, 2026. The SEC has advised that, due to conflicts with other matters, it is seeking a brief, two-week extension of that deadline to November 23, 2026. Plaintiffs do not oppose that extension. Plaintiffs

request that the Court also extend the SEC's deadline to respond to the Complaint to November 23, 2026.

3. In the interest of efficiency, and so that the parties can meaningfully confer once all Defendants have responded to the Complaint, the parties agree that the Initial Conference and the associated deadline to file the joint discovery/case management plan should be continued until after the SEC has responded to the Complaint. Counsel for the SEC has advised that it is in the process of obtaining filing privileges in this District and has asked Plaintiffs' counsel to file this Motion on behalf of the parties.

4. This Motion is not sought for purposes of delay, but so that justice may be done. No party will be prejudiced by the requested continuance, and the continuance will conserve the resources of the Court and the parties.

Accordingly, Plaintiffs respectfully request that the Court (a) continue the Initial Conference currently set for October 30, 2026, to a date convenient for the Court after November 23, 2026, such as the week of December 13, 2026; (b) extend the deadline to file the joint discovery/case management plan to ten days before the rescheduled conference; and (c) extend the deadline for the Securities and Exchange Commission to file its answer or other response to Plaintiffs' Complaint to on or before November 23, 2026.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Agreed Motion, enter the proposed order submitted herewith, and grant Plaintiffs such other and further relief to which they may be justly entitled.

Respectfully submitted,

/s/ Victor Vital
Victor Vital
State Bar No. 00794798
victor.vital@haynesboone.com
Elizabeth Wirmani
State Bar No. 24052268
elizabeth.wirmani@haynesboone.com
HAYNES AND BOONE, LLP
2801 N. Harwood Street, Suite 2300
Dallas, Texas 75201
Telephone: (214) 651-5000
Telecopier: (214) 651-5940

**ATTORNEYS FOR PLAINTIFFS JONATHAN L. ADAM AND GCZ GLOBAL, LLC**

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(D), I certify that on October 16 and 20, 2026, counsel for Plaintiffs conferred by email with Eric A. Reicher, counsel for Defendant Securities and Exchange Commission, who stated that the SEC agrees to the relief requested in this Motion. Counsel for Plaintiffs also conferred on October 20, 2026 with Bradley W. Beskin, counsel for Defendant Bliss Creek Fund 1, LLC, who stated that Bliss Creek Fund 1, LLC agrees to the relief requested.

/s/ Elizabeth Wirmani
Elizabeth Wirmani

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was filed electronically through the Court's CM/ECF system on October 20, 2026. All counsel of record who are CM/ECF participants will be served by the CM/ECF system. A copy will also be served by email on Eric A. Reicher and Melinda Hardy, counsel for the SEC, at reichere@sec.gov and hardym@sec.gov.

/s/ Elizabeth Wirmani
Elizabeth Wirmani