United States District Court
Southern District of Texas
**ENTERED**
October 22, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JONATHAN L. ADAM and GCZ GLOBAL, LLC, | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 4:26-cv-05240 |
| SECURITIES AND EXCHANGE COMMISSION and BLISS CREEK FUND 1, LLC, | § | |
| Defendants. | § | |

# ORDER

Before the Court is Plaintiffs' Agreed Motion to Continue Initial Pretrial and Scheduling Conference and Deadline to File Joint Discovery/Case Management Plan (Doc. No. 17). Having considered the Motion, and noting that it is agreed, the Court finds that good cause exists and that the Motion should be GRANTED. It is therefore

ORDERED that the initial pretrial and scheduling conference currently set for October 30, 2026, at 3:00 p.m. is CONTINUED and RESET to December 18, 2026 at 2:45 p.m., before United States District Judge Ewing Werlein, Jr., 515 Rusk, 11th Floor, Room 11521, Houston, Texas 77002. It is further

ORDERED that the parties shall file their joint discovery/case management plan not less than ten days before the rescheduled conference.

ORDERED that Defendant Securities and Exchange Commission shall file its answer or other response to Plaintiffs' Complaint on or before November 23, 2026.

SIGNED at Houston, Texas, on this 21st day of October, 2026.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE